# UNITED STATES DISTRICT COURT
## DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America | CRIMINAL COMPLAINT |
| vs. | CASE: 19-29224MP |
| | Citizenship: MEXICO |
| Christian Isael Alcaraz-Olivarria | |

I state that I am a Border Patrol Agent and that this complaint is based on the following facts:
On or about May 25, 2019, at or near Nogales, Arizona, in the District of Arizona, Christian Isael ALCARAZ-Olivarria, an alien, did unlawfully enter the United States of America from Mexico, at a time and place other than as designated by immigration officials of the United States of America, in violation of Title 8, United States Code, Section 1325 (a) (1), a petty misdemeanor.

On or about May 28, 2019, agents found Christian Isael ALCARAZ-Olivarria in the United States of America at or near Nogales, Arizona without the proper immigration documents. Furthermore, Christian Isael ALCARAZ-Olivarria admitted to illegally entering the United States of America from Mexico on or about May 25, 2019, at or near Nogales, Arizona at a time and place other than designated by immigration officials.

File Date: 05/30/2019

at Tucson, Arizona

Pedro Leon, Border Patrol Agent

Sworn to before me and subscribed in my presence,

Date signed: 05/30/2019

**Lynnette C. Kimmins**
**Magistrate Judge**

UNITED STATES DISTRICT COURT
DISTRICT OF ARIZONA, TUCSON DIVISION

United States of America                                              CASE: 19-29224MP

vs.

Christian Isael Alcaraz-Olivarria

**JUDGMENT IN A CRIMINAL CASE (For A Petty Offense)**

The Defendant, Christian Isael Alcaraz-Olivarria, was represented by counsel, Ashley Gilpin (CJA).

The defendant pled guilty to the Complaint on 05/30/2019. Accordingly, the defendant is adjudged guilty of the following offense(s):

| **Title & Section** | **Nature of Offense** | **Date of Offense** |
|---|---|---|
| 8 U.S.C. 1325(a)(1) | Illegal Entry | 05/25/2019 |

As pronounced on 05/30/2019, the defendant is hereby committed to the custody of the United States Bureau of Prisons for a term of TIME SERVED. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

The special assessment imposed pursuant to 18 U.S.C. § 3013 is hereby remitted pursuant to 18 U.S.C. § 3573 because reasonable efforts to collect this assessment are not likely to be effective.

The fine is waived because of the defendant's inability to pay.

Signed on Thursday, May 30, 2019.

Lynnette C. Kimmins
Magistrate Judge

Arresting Agency: TCA

| | |
|---|---|
| UNITED STATES DISTRICT COURT<br>DISTRICT OF ARIZONA - TUCSON | JUDGE'S MINUTES |

Date: 05/30/2019      Case Number: 19-29224MP

USA vs. **Christian Isael Alcaraz-Olivarria**
Magistrate Judge: LYNNETTE C. KIMMINS      Judge AO Code: 70CE
ASSIGNED U.S. Attorney: Dean Lynch
INTERPRETER REQ'D: Clark Feaster, Spanish
Attorney for Defendant: Ashley Gilpin (CJA)

PROCEEDINGS: [X] INITIAL APPEARANCE/CHANGE OF PLEA/SENTENCE
DEFENDANT: [X] PRESENT [X] CUSTODY

[X] Defendant states true name to be **Same**
[X] Petty Offense     [X] Date of Arrest: **05/28/2019**
[X] Arr/Plea of Guilty entered as to the Complaint.
[X] Court accepts defendant's plea and finds plea to be freely and voluntarily given.
[X] Defendant waives preparation of the presentence report.

SENTENCING: Defendant committed to [X] Bureau of Prisons for a period of
**TIME SERVED**

[X] Imposition of Special Assessment is waived by the USA.
[X] Defendant advised of appeal rights.
[ ] Waiver of right to appeal explained.

OTHER:     Ashley Gilpin (CJA) is appointed as attorney of record for defendant.


                                            Recorded by Courtsmart    COP: 1
                                            BY: Cindy Stewart         Sent: 0
                                                Deputy Clerk          IA: 0
                                                Start: 1:29 pm Stop: 3:29 pm